

**CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed December 27, 2017

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| IN RE: | § | CASE NO. 16-20335 |
|---|---|---|
| **MARGIE H MCALISTER**<br>**DEBTOR**<br><br>**BILLY WARREN MCALISTER**<br>**CO-DEBTOR** | §<br>§<br>§<br>§<br>§<br>§<br>§ | **CHAPTER 13** |
| **Ditech Financial LLC,**<br>          **Movant**<br>**Vs.**<br>**Margie H McAlister, Debtor,**<br>**Billy Warren McAlister , Co-Debtor, and**<br>**Robert B. Wilson, Trustee**<br>          **Respondents** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

### DEFAULT ORDER TERMINATING AUTOMATIC STAY AS TO CO-DEBTOR
### (RELATED TO DOCKET ENTRY # 30)

CAME ON before the Court for consideration the Motion for Relief from Co-Debtor Stay ("Motion") filed by Ditech Financial LLC ("Movant"), its successors in interest and assigns. The Court finding, based on the representations of counsel for Movant, that the Chapter 13 Trustee has expressed no opposition to the Motion; that no other party has appeared in opposition to the Motion and that the deadline to oppose the motion has passed, it is accordingly:

1004370-3

ORDERED that the automatic stay of 11 U.S.C. §362 is terminated as to the co-debtor for the property legally described as:

LOT 19, BLOCK 28 OF PUCKETT WEST UNIT 4, AN ADDITION TO THE CITY OF AMARILLO IN RANDAL COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF, RECORDED IN VOLUME 581, PAGE 444, OF THE DEED RECORDS OF RANDALL COUNTY, TEXAS.

The property is more commonly referred to as 7923 Gerald Dr

Amarillo, TX 79121.

It is further ORDERED that Movant, its successors in interest and assigns, is free to foreclose on the Property, pursuant to applicable non-bankruptcy law.

It is further ORDERED that all communications including, but not limited to, notices required by state law, sent by Movant in connection with proceeding against the property may be sent directly to the Debtor.

It is further ORDERED that, based on the lack of opposition to the Motion, the fourteen (14) day provision of Rule 4001(a)(3) is waived and Movant may immediately enforce and implement this Order.

###END OF ORDER###

Robertson Anschutz Vetters

By: */s/ Jeffry B. Lewis*
Jeffry B. Lewis
Texas Bar No. 12290000
1500 CityWest Blvd., Suite 700
Houston, TX 77042
jlewis@ravdocs.com